```
     H8SsHAVa

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              17 CR 509 (RA)

 5   PAUL HAVERKAMP,

 6                 Defendant.

 7   ------------------------------x
                                                New York, N.Y.
 8                                              August 28, 2017
                                                4:30 p.m.
 9

10
     Before:
11
                       HON. RONNIE ABRAMS,
12
                                            District Judge
13

14                         APPEARANCES

15   JOON H. KIM
          Acting United States Attorney for the
16        Southern District of New York
     ALINE R. FLODR
17        Assistant United States Attorney

18   FEDERAL DEFENDERS OF NEW YORK
          Attorneys for Defendant
19   BY:  JULIA GATTO

20

21

22

23

24

25
```

1           (Case called)
2           MS. FLODR:  Good afternoon, your Honor.  Aline Flodr
3  on behalf of the United States.
4           MS. GATTO:  Good afternoon, your Honor.  Federal
5  Defenders of New York by Julia Gatto for Mr. Haverkamp.
6           THE COURT:  Good afternoon to you, Mr. Haverkamp.
7           We are here to arraign you on the indictment, which is
8  the written version of the charges against you.
9           Could you please stand, sir.
10          Have you seen a copy of the indictment?
11          THE DEFENDANT:  Yes.
12          THE COURT:  Have you discussed it with your attorney?
13          THE DEFENDANT:  Yes, I have, your Honor.
14          THE COURT:  Would you like me to read the indictment
15  out loud, or do you waive its public reading?
16          THE DEFENDANT:  No, I waive that.
17          THE COURT:  How do you plead to the charges?
18          THE DEFENDANT:  I plead not guilty, your Honor.
19          THE COURT:  Thanks.  You can be seated.
20          What's the status of discovery?
21          MS. FLODR:  Your Honor, I have yet to produce
22  discovery over to Ms. Gatto, but the discovery will consist of,
23  by the end of this week, will be the chats that the undercover
24  and Mr. Haverkamp engaged in over Kick from approximately March
25  27, 2017 through April 23, 2017, statements made by the

1    defendant over an audio recording on or about July 18, 2017
2    during a search warrant that was being executed, as well as
3    images and videos that have yet to be recovered from
4    Mr. Haverkamp's cell phone, which he signed a consent form for
5    the FBI to search in connection with his July 18, 2017
6    interview.
7              THE COURT:  How long do you anticipate that will take?
8              MS. FLODR:  I would like to produce it by the end of
9    this week.
10             THE COURT:  All right.  I understand that you
11   discussed putting this off until October 27 for status
12   conference.
13             Ms. Gatto, does that work for you?
14             MS. GATTO:  It does, your Honor.
15             THE COURT:  Why don't we put it off for October 27 at
16   four o'clock.  At that time, we'll schedule a trial date and a
17   motion schedule.
18             Is the government seeking to exclude time under the
19   Speedy Trial Act?
20             MS. FLODR:  Yes, your Honor, for the government to be
21   able to provide Ms. Gatto with the necessary discovery and for
22   Ms. Gatto to review that with her client and make any pretrial
23   motions she and her client would like to make, as well as I
24   understand a potential mitigation package to be submitted to my
25   office.

```
 1                THE COURT:  Any objection?
 2                MS. GATTO:  No objection, your Honor.
 3                THE COURT:  I'll exclude time from today until
 4    October 27, 2017, pursuant to 18 United States Code Section
 5    3161(h)(7)(A).  I find that the ends of justice served by
 6    excluding such time outweigh the interest of the public and the
 7    defendant in a speedy trial because it will allow the defendant
 8    to review the discovery, determine whether or not to make any
 9    motions, and to make any mitigation package that they would
10    like to make to the U.S. Attorney's office.
11                Any other applications?
12                MS. FLODR:  No, your Honor.
13                MS. GATTO:  Not from us, your Honor.  Thank you.
14                THE COURT:  Thank you, we are adjourned.
15                (Adjourned)
16
17
18
19
20
21
22
23
24
25
```