**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2018

*Via ECF*
The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Paul Haverkamp, 17 CR 509 (RA)*

Dear Judge Abrams:

With the government's consent, I write to seek an adjournment of Mr. Haverkamp's sentencing, currently scheduled for November 8, 2018. I make this request because I need the additional time to effectively prepare a sentencing submission on Mr. Haverkamp's behalf. To accommodate all parties' schedules, we ask for a date and time convenient for the Court during the second week of December.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   AUSA Aline Flodr (via ECF)